Argued and submitted April 17, affirmed as modified September 2, 1987

In the Matter of the Marriage of

McCUNE,
*Respondent - Cross-Appellant,*
*and*

McCUNE,
*Appellant - Cross-Respondent.*

(85-10358; CA A41549)

741 P2d 930

Malcolm J. Corrigall, Coos Bay, argued the cause for appellant - cross-respondent. With him on the brief was Ormsbee & Corrigall, Coos Bay.

M. Chapin Milbank, Salem, argued the cause and filed the brief for respondent - cross-appellant.

Before Buttler, Presiding Judge, and Joseph, Chief Judge, and Warren, Judge.

PER CURIAM

**PER CURIAM**

On *de novo* review, we conclude that wife is entitled to $500 per month permanent spousal support. *See Vinson and Vinson,* 83 Or App 487, 732 P2d 79, *rev den* 303 Or 332 (1987).

On the cross-appeal, we agree with husband that the court erred in requiring, without any evidence of its cost, that he maintain health insurance benefits for wife.[1]

Judgment modified to award wife $500 permanent spousal support; provision requiring husband to maintain health insurance for benefit of wife stricken; affirmed as modified. Costs to wife on appeal.

---

[1] Husband does not challenge the provision insofar as it requires that he maintain insurance for the benefit of the minor children.